**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Terry Lee STRICKLAND, Defendant—
Appellant.**

No. 04–7978.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 24, 2005.

Decided: March 30, 2005.

Terry Lee Strickland, Appellant pro se.

Kenneth Fitzgerald Whitted, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry Lee Strickland seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude on the reasoning of the district court that Strickland has not made a substantial showing of the denial of a constitutional right. *See United States*

*v. Strickland,* Nos. CR–00–110–BO; CA–04–1552–5–BO (E.D.N.C. Nov. 9, 2004). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*